

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

———

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email: mburke@hwb-lawfirm.com

August 16, 2023

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:   *United States v. Lieunigel Lewis*
        Docket No.: 16 CR 478 (CS)

Dear Judge Seibel:

    I represented Lieunigel Lewis on his underlying case referenced above. I am writing to respectfully request early termination of his supervised release. Mr. Lewis started supervision in September of 2021 and has been fully compliant while on supervision. He has maintained seasonal employment while working at a bungalow colony in Sullivan County, NY. I have been in contact with his Probation Officer, Florence Duggan, and she has no objections to this request for early termination.

    Thank you for your consideration.

Respectfully,

*Michael K. Burke*

MICHAEL K. BURKE

MKB:la

---

Application granted.  Congratulations to Mr. Lewis.

SO ORDERED.

*Cathy Seibel*   8/22/23
CATHY SEIBEL, U.S.D.J.